# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 182

State of North Dakota,                                    Plaintiff and Appellee

v.

Heather Renee Faith Hoffman,                       Defendant and Appellant

## No. 20240095

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Gary H. Lee, Judge.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, ND, for plaintiff and appellee.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant.

**State v. Hoffman**
No. 20240095

**Per Curiam.**

[¶1]  Heather Hoffman appeals from a criminal judgment entered after a jury convicted her of murder, a class AA felony. Hoffman argues the district court abused its discretion by denying her Rule 29, N.D.R.Crim.P., motion for judgment of acquittal because there is insufficient evidence to support her conviction. After reviewing the record, we conclude the court did not abuse its discretion by denying Hoffman's motion for judgment of acquittal, and substantial evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]  Jon J. Jensen, C.J.
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte
      Douglas A. Bahr